FILED
2009 Oct-30 PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DORIS W. GRAVLEE, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] 7:08-CV-02228-LSC |
| | ] |
| MIDLAND CREDIT MANAGEMENT, INC; EQUIFAX INFORMATION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC, | ] |
| | ] |
| Defendants. | ] |

## ORDER

The Court has been advised that the above-entitled cause has been settled. Therefore, this cause is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action within sixty (60) days from the date of this Order. Costs are taxed as paid.

Done this 30th day of October 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE